UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MARTHA ALVARADO, ANA CECILIA ALVARADO, and BRYAN ALVARADO, individually, and as successors in interest to PASCUAL ALVARADO HERNANDEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIE DE FRANCE YAMAZAKI, Inc., a Virginia Corporation; YAMAZAKI BAKING CO., LTD, a corporation; RAYMOND RODRIGUEZ, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-03798-AB (PVC)<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE AND VACATING SCHEDULING CONFERENCE** |

The parties have filed a Stipulation, (Dkt. No. 35), seeking to stay Defendants' Motion to Dismiss, (Dkt. No. 27), pending the Court's ruling on Plaintiffs' Motion to Remand, (Dkt. No. 17). In the Stipulation, they ask the Court to vacate the existing scheduling conference, currently set for September 23, 2022, (Dkt. No. 29), as well as to set filing deadlines for the Motion to Dismiss, in the event that the Court denies the Motion to Remand.

In order to ensure that this case proceeds in an orderly fashion, the Court now **DENIES** the Motion to Dismiss, (Dkt. No. 27), **without prejudice**. The Court also **VACATES** the scheduling conference set for September 23, 2022. After the Court issues a decision concerning the Motion to Remand, if the Court decides to *deny* the Motion to Remand, Defendants shall have **fourteen (14) days** to re-file their Motion to Dismiss. In the event that the Motion to Remand is denied, the parties shall also have **fourteen (14) days** to file a stipulation with the Court, agreeing upon a new date, a Friday, for a scheduling conference.

**IT IS SO ORDERED.**

Date: August 12, 2022

_____
Hon. André Birotte, Jr.
United States District Judge